UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FITEQ INC,

        Plaintiff,

  v.

VENTURE CORPORATION, et al.,

        Defendants.

Case No.  13-cv-01946-BLF

**CASE MANAGEMENT ORDER**

On September 18, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 04/14/2015 - Parties must reserve hearing date prior to filing of motions. |
| Final Pretrial Conference | 08/06/2015 at 2:30 PM |
| Trial | 08/31/2015 at 9:00 |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated:  September 18, 2014

_____
BETH LABSON FREEMAN
United States District Judge