UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITEQ INC,<br><br>         Plaintiff,<br><br>   v.<br><br>VENTURE CORPORATION, et al.,<br><br>         Defendants. | Case No.  13-cv-01946-BLF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[Re: ECF 198] |

Consistent with the parties' protective order entered in this action, *see* ECF 98, Plaintiff moves to file under seal two exhibits filed with its motion for partial summary judgment, as well as the portions of its motion referencing those two exhibits. ECF 198. Plaintiff states that these documents have been designated highly confidential by Defendant Venture. Venture has filed a declaration in support of the sealing request. *See* Khoo Decl., ECF 202-1.

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Two standards govern motions to seal documents, a "compelling reasons" standard, which applies to most judicial records, and a "good cause" standard, which applies to "private materials unearthed during discovery." *Cf. Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002). A party that seeks to seal portions of a motion for summary judgment, or portions of any documents filed in support or in opposition to that motion, must meet the "compelling reasons" standard articulated in *Phillips*.

Here, Venture's response in support of the motion to seal, along with the Khoo Declaration, provide the necessary compelling reasons to support sealing the documents. Exhibit

DD, which Plaintiff asks to seal in its entirety,[1] is an agreement between Venture and a non-party to the case, and includes confidential business information of Venture's business partner. Disclosing the document and the confidential information within it would "disrupt the business relationship between Venture and its Partner." Defs.' Resp. at 3. Exhibit EE, which Plaintiff seeks to seal in part, is a letter regarding a grant from the Singapore Economic Development Board ("EDB"), a non-party to this suit and a government agency, received by Venture. The redactions include EDB's confidential grant terms, and could harm the business planning and strategic decisions of that agency. *Cf.* Khoo Decl. ¶¶ 6-7. Finally, Plaintiff seeks to redact a single limited portion of the partial motion for summary judgment which references sealed portions of these documents. *See* Bishop Decl. at 1.

Plaintiff's sealing request meets the compelling reasons standard articulated in *Phillips*, and its requests are narrowly tailored consistent with Civil Local Rule 79-5(d)(1)(C). For the foregoing reasons, the Court GRANTS Plaintiff's motion to file documents under seal.

**IT IS SO ORDERED.**

Dated: February 10, 2015

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] Exhibit DD, as produced to Plaintiff, already includes certain redactions. *See* Bishop Decl., ECF 198-1 at 1 n.1. As such, Plaintiff has filed a redacted document as Exhibit DD, and seeks to seal the entirety of that redacted agreement.