**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

| | | |
|---|---|---|
| 1. | Sender | The Honorable Paul S. Grewal<br>United States Magistrate Judge<br>United States District Court for the Northern District of California<br>San Jose Courthouse<br>Courtroom 5 - 4th Floor<br>280 South 1st Street, San Jose, CA 95113<br>USA |
| 2. | Central Authority of the Requested State | Ministère de la Justice<br>Direction des Affaires Civiles et du Sceau<br>Bureau de l'entraide civile et commercial internationale (D3)<br>13, Place Vendôme<br>75042 Paris Cedex 01 |
| 3. | Person to whom the executed request is to be returned | Spencer Hosie<br>shosie@hosielaw.com<br>Hosie Rice LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>USA<br><br>(Lawyer representing Plaintiff FiTeq, Inc.) |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

| | |
|---|---|
| Date | May 1, 2015 |
| Reason for urgency* | It is respectfully requested that the appropriate French judicial authority compel the two persons listed in item 9 below to appear and provide testimony that is relevant to the pretrial preparation of the parties in this case. Furthermore, it is respectfully requested that the parties' lawyers be allowed to attend the proceeding and conduct their own examination.<br><br>Trial in this case is scheduled to begin on August 31, 2015. Assuming this Letter of Request is granted, then more time will be needed to schedule the examination and arrange for the parties' lawyers to travel to |

1

> France to participate. Thus, if the requested evidence is to be obtained in time for the parties' pretrial preparation, it is respectfully suggested that an expedited response date is appropriate.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3, *a)*) | United States District Court for the Northern District of California |
| | b | To the competent authority of (Article 3, *a)*) | France |
| | c | Names of the case and any identifying number | FiTeq, Inc. v. Venture Corporation, Ltd. and Cebelian Holding Pte, Ltd. <br><br> Case No. 13-cv-1946 BLF (PSG) |
| 6. | | Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, *b)*) | |
| | a | Plaintiff | FiTeq, Inc. <br> 23 Main Street <br> Suite F <br> Tiburon, CA 94920 <br> USA |
| | | Representatives | Spencer Hosie <br> Hosie Rice LLP <br> 600 Montgomery Street, 34th Floor <br> San Francisco, CA 94111 <br> USA <br><br> (Lawyer representing Plaintiff) |
| | b | Defendant | Venture Corporation, Ltd. <br> 5006 Ang Mo Kio Avenue 5 <br> #05-01/12 TECHplace II <br> Singapore 569873 <br><br> and <br><br> Cebelian Holding Pte, Ltd. <br> 5006 Ang Mo Kio Avenue 5 <br> #05-01/12 TECHplace II |

2

| | | | |
|---|---|---|---|
| | | Representatives | Singapore 569873 |
| | | | David E. Rogers<br>drogers@swlaw.com<br>Snell & Wilmer L.L.P.<br>One Arizona Center<br>400 East Van Buren Street, Suite 1900<br>Phoenix, AZ 85004-2202<br>USA<br>(Lawyer representing Defendants) |
| | c | Other parties | [None] |
| | | Representatives | [None] |
| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Breach of contract (business dispute) |
| | b | Summary of complaint | The complaint alleges that Plaintiff FiTeq and Defendants entered into an agreement in 2009 requiring Venture to develop a design for FiTeq's "smart" credit card that could be mass produced. Venture failed to do so. FiTeq then filed this action for breach of contract. |
| | c | Summary of defence and counterclaim | Defendants deny liability and assert counterclaims for breach of contract. |
| | d | Other necessary information or documents* | One issue in this case is FiTeq's current ability to mass produce its "smart" credit card on its own. FiTeq has recently manufactured and given Defendant Venture a quantity of cards for testing by FIME, a company headquartered in France that tests credit cards and other payment technologies. FIME has been retained by Defendants for this work. The cards are being tested at FIME's facilities in Caen by the persons listed in item 9 below.<br><br>Defendants intend to have their other retained experts use the test results as a basis for the opinions they provide in this case. FiTeq wishes to obtain testimony from FIME personnel concerning their testing of the FiTeq cards and their and FIME's communications |

3

| | | | |
|---|---|---|---|
| | | | and relationship with Defendants. |
| 8. | *a* | Evidence to be obtained or other judicial act to be performed (Article 3, *d*)) | Oral testimony of the persons listed in item 9 below, given under oath. |
| | *b* | Purpose of the evidence or judicial act sought | The purpose of obtaining the testimony is to give FiTeq an opportunity to discover any irregularities in FIME's testing of FiTeq's cards or relationship with Defendants. The relevance of the testing and FIME's relationship with Defendants is described in item 7, *d* above. |
| 9. | | Identity and address of any person to be examined (Article 3, *e*))* | Franck Quintaine<br>FIME<br>Z.I. de la Folie Couvrechef<br>8, rue Commodore J.H. Hallet<br>14000 Caen – France<br><br>and<br><br>Yannick Linot<br>FIME<br>Z.I. de la Folie Couvrechef<br>8, rue Commodore J.H. Hallet<br>14000 Caen – France<br><br>(Hereafter called "Witnesses") |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, *f*))* | The subject-matter about which the Witnesses are to be examined is the following:<br>• FIME's test reports concerning the FiTeq cards (described in item 11 below)<br>• The procedures and methods by which the FiTeq cards were tested<br>• The circumstances under which the FiTeq cards were tested<br>• The Witnesses' communications and relationship with Defendants and Defendants' lawyers<br>• FIME's communications and relationship with Defendants and Defendants' lawyers |

4

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3, *g)*)* | The test reports issued by FIME setting forth FIME's tests of the FiTeq cards and the test results. The lawyers for Plaintiff and Defendants will provide these documents at the examination. |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3, *h)*)* | It is respectfully requested that before the examination begins, the Witnesses be sworn to give truthful testimony as if they were testifying at trial, in accordance with regular French procedure. |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, *i)* and 9)* | It is respectfully requested:<br>• that the examination be conducted orally;<br>• that the Witnesses provide testimony under oath, as stated in item 12 above;<br>• that the parties' lawyers and one or more interpreters and a stenographer (all to be provided by the parties at their own expense) be permitted to attend;<br>• that the parties' lawyers be permitted to ask questions of the Witnesses after or in lieu of questioning by the French judicial officer;<br>• that the parties' lawyers be permitted to take turns conducting examination and cross-examination until they have no further questions to ask;<br>• that the examination be translated into English by the interpreter(s) provided by the parties;<br>• that the examination, as translated into English, be transcribed verbatim by the stenographer provided by the parties;<br>• that a half-day of examination be reserved for each Witness (i.e., a total of one full day for both Witnesses). |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* | It is respectfully requested that notification of the time and place for the requested examination be provided to the person listed in item 3 above, i.e.: |

5

| | | |
|---|---|---|
| | | Spencer Hosie<br>shosie@hosielaw.com<br>Hosie Rice LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>USA<br><br>(Lawyer representing Plaintiff FiTeq, Inc.) |
| ~~15.~~ | ~~Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8)*~~ | |
| ~~16.~~ | ~~Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11, *b*))*~~ | |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* | As stated in item 13 above, the parties intend to provide one or more interpreters and a stenographer for the examination at their own expense. Any other fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by Plaintiff FiTeq, Inc. |
| | DATE OF REQUEST | 27 April 2015 |
| | SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY | *Paul S. Grewal*<br><br>Paul S. Grewal,<br>U.S. Magistrate Judge |

6