**Demande d'entraide judiciaire internationale en vertu de la Convention de La Haye du 18 mars 1970 sur l'obtention des preuves à l'étranger en matière civile ou commerciale**

| | | |
|---|---|---|
| 1. | Expéditeur | The Honorable Paul S. Grewal<br>United States Magistrate Judge<br>United States District Court for the Northern District of California<br>San Jose Courthouse<br>Courtroom 5 - 4th Floor<br>280 South 1st Street, San Jose, CA 95113<br>États-Unis |
| 2. | Autorité centrale de l'État requis | Ministère de la Justice<br>Direction des Affaires Civiles et du Sceau<br>Bureau de l'entraide civile et commercial internationale (D3) [sic]<br>13, Place Vendôme<br>75042 Paris Cedex 01 |
| 3. | Personne à qui la demande signée doit être envoyée | Spencer Hosie<br>shosie@hosielaw.com<br>Hosie Rice LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>États-Unis<br><br>(Avocat représentant FiTeq, Inc., le Requérant) |
| 4. | Délai spécifié requis par l'autorité requérante pour la réception de la réponse à la commission rogatoire | |
| | Date | Le 1$^{er}$ mai 2015 |
| | Raison de l'urgence* | Cette demande s'adresse, avec tout le respect qui lui est dû, à l'autorité judiciaire française concernée, afin que celle-ci oblige les deux personnes nommées dans l'alinéa 9 ci-dessous à comparaître et à fournir leur témoignage dans le cadre de la préparation des parties à cette affaire préalablement au procès et afin que les avocats des parties soient autorisés à participer à la procédure et à effectuer leur propre interrogatoire.<br><br>La date d'ouverture du procès dans cette affaire est prévue pour le 31 août 2015. Si la présente Commission rogatoire est approuvée, |

1

> des délais supplémentaires seront requis afin de prévoir l'interrogatoire et d'organiser le déplacement des avocats des parties en France pour qu'ils puissent être présents. Il en découle qu'afin d'obtenir les preuves demandées dans des délais suffisants pour permettre la préparation des parties préalablement au procès, il convient de suggérer, avec tout le respect dû, une réponse en urgence.

CONFORMÉMENT À L'ARTICLE 3 DE LA CONVENTION, LE DEMANDEUR SOUSSIGNÉ A L'HONNEUR DE SOUMETTRE LA DEMANDE SUIVANTE :

| | | | |
|---|---|---|---|
| 5. | a | Autorité judiciaire requérante (article 3, *a)*) | United States District Court for the Northern District of California [Tribunal de première instance des États-Unis pour le district de Californie du Nord] |
| | b | À l'autorité compétente en (article 3, *a)*) | France |
| | c | Identité des parties de l'affaire et numéro d'identification | FiTeq, Inc. c. Venture Corporation, Ltd. et Cebelian Holding Pte, Ltd. Case No. 13-cv-1946 BLF (PSG) [Affaire No. 13-cv-1946 BLF (PSG)] |
| 6. | | Identité et adresse des parties et de leurs représentants (y compris les représentants dans l'État requis*) (article 3, *b)*) | |
| | a | Requérant | FiTeq, Inc. 23 Main Street Suite F Tiburon, CA 94920 États-Unis |
| | | Représentants | Spencer Hosie Hosie Rice LLP 600 Montgomery Street, 34th Floor San Francisco, CA 94111 États-Unis (Avocat représentant le Requérant) |
| | b | Défendeur | Venture Corporation, Ltd. 5006 Ang Mo Kio Avenue 5 |

2

| | | | |
|---|---|---|---|
| | | | #05-01/12 TECHplace II<br>Singapour 569873<br>et<br>Cebelian Holding Pte, Ltd.<br>5006 Ang Mo Kio Avenue 5<br>#05-01/12 TECHplace II<br>Singapour 569873 |
| | | Représentants | David E. Rogers<br>drogers@swlaw.com<br>Snell & Wilmer L.L.P.<br>One Arizona Center<br>400 East Van Buren Street, Suite 1900<br>Phoenix, AZ 85004-2202<br>États-Unis<br>(Avocat représentant les Défendeurs) |
| | *c* | Autres parties | [Aucune] |
| | | Représentants | [Aucun] |
| 7. | *a* | Nature et objet de l'instance (divorce, paternité, rupture de contrat, responsabilité relative à des produits, etc.) (article 3, *c)*) | Rupture de contrat (litige commercial) |
| | *b* | Résumé de la plainte | Il est allégué dans la plainte que le Requérant FiTeq et les Défendeurs ont en 2009 conclu un accord selon lequel Venture devait mettre au point un concept de carte de crédit « smart » pouvant être fabriqué en masse. Venture a échoué. FiTeq a par la suite entamé la présente action en justice pour rupture de contrat. |
| | *c* | Résumé de la défense et de la demande reconventionnelle | Les Défendeurs rejettent cette responsabilité et formulent des demandes reconventionnelles pour rupture de contrat. |
| | *d* | Autres informations ou documents nécessaires* | Une des questions dans cette affaire concerne la capacité actuelle de la société FiTeq à produire indépendamment et en masse sa carte de crédit « smart ». FiTeq a récemment fabriqué et donné au Défendeur Venture un certain volume de cartes pour que FIME, société domiciliée en France et testant les cartes de crédit et autres méthodes de |

3

| | | | |
|---|---|---|---|
| | | | paiement, puisse mener à bien des essais. La société FIME a été engagée par les Défendeurs pour effectuer ce travail. Les cartes sont en phase d'essai dans les locaux de FIME à Caen. Les essais sont effectués par les personnes nommées en alinéa 9 ci-dessous. |
| | | | Les Défendeurs ont l'intention de demander à d'autres experts qu'ils ont engagés de se servir des résultats des essais pour formuler les opinions qu'ils fourniront dans cette affaire. FiTeq souhaite entendre le témoignage du personnel de FIME sur leurs tests des cartes FiTeq et sur leurs communication et relations ainsi que les communication et relations de FIME avec les Défendeurs. |
| 8. | *a* | Actes d'instruction ou autres actes judiciaires à accomplir (article 3, *d)*) | Témoignage oral sous serment des personnes nommées en alinéa 9 ci-dessous. |
| | *b* | Objectif de l'obtention des preuves ou actes judiciaires demandés | L'objectif visé dans l'obtention des témoignages est de donner à FiTeq une opportunité de découvrir toutes irrégularités dans les essais effectués par FIME sur les cartes de FiTeq ou dans la relation avec les Défendeurs. La pertinence des essais et la relation de FIME avec les Défendeurs sont décrites en alinéa 7, *d* ci-dessus. |
| 9. | | Nom et adresse de toutes les personnes à entendre (Article 3, *e)*)* | Franck Quintaine<br>FIME<br>Z.I. de la Folie Couvrechef<br>8, rue Commodore J.H. Hallet<br>14000 Caen – France<br><br>et<br><br>Yannick Linot<br>FIME<br>Z.I. de la Folie Couvrechef<br>8, rue Commodore J.H. Hallet<br>14000 Caen – France<br><br>(Ci-après dénommés les « Témoins ») |
| 10. | | Questions à poser aux personnes à entendre ou faits sur lesquels elles doivent être entendues (article 3, *f)*)* | Les faits sur lesquels les Témoins doivent être entendus sont les suivants :<br>• Procès-verbaux des essais de FIME sur les |

| | | |
|---|---|---|
| | | cartes FiTeq (description en alinéa 11 ci-dessous) <br> • Procédures et méthodes employées pour tester les cartes FiTeq <br> • Circonstances dans lesquelles les cartes FiTeq ont été testées <br> • Communications et relation des Témoins avec les Défendeurs et leurs avocats <br> • Communications et relation de FIME avec les Défendeurs et leurs avocats |
| 11. | Documents ou autres objets à examiner (article 3, *g)*)* | Les procès-verbaux de FIME concernant les essais et décrivant les essais de FIME sur les cartes FiTeq ainsi que les résultats de ces essais. Les avocats du Requérant et des Défendeurs produiront ces documents lors de l'interrogatoire. |
| 12. | Demande de recevoir la déposition sous serment ou avec affirmation et, le cas échéant, l'indication de la formule à utiliser (article 3, *h)*)* | La demande requiert, avec tout le respect dû, qu'avant le début de l'interrogatoire, les Témoins jurent sous serment de fournir un témoignage authentique, tout comme s'ils témoignaient dans le cadre d'un procès, conformément à la procédure française ordinaire. |
| 13. | Formes spéciales dont l'application est demandée (ex : par oral ou par écrit, mot pour mot, transcription ou synthèse, contre-interrogatoire, etc.) (articles 3, *i)* et 9)* | La demande requiert, avec tout le respect dû : <br> • que l'interrogatoire soit mené oralement ; <br> • que les Témoins fournissent leur témoignage sous serment, conformément à ce qui est établi dans l'alinéa 12 ci-dessus ; <br> • que la présence des avocats des parties ainsi que d'un, voire de plusieurs interprètes et d'un sténographe (tous engagés par les parties et à leurs frais) soit autorisée ; <br> • que les avocats des parties aient le droit de poser des questions aux Témoins suite au questionnement par l'huissier de justice français ou à sa place ; <br> • que les avocats des parties aient le droit de mener interrogatoire et contre- |

5

| | |
|---|---|
| | interrogatoire à tour de rôle, jusqu'à ce qu'il ne leur reste plus aucune question à poser ;<br>• que l'interrogatoire soit traduit en anglais par le ou les interprètes engagés par les parties ;<br>• que l'interrogatoire traduit en anglais soit transcrit mot pour mot par le sténographe engagé par les parties ;<br>• qu'une demi-journée soit consacrée à chaque Témoin interrogé (soit un total d'une journée entière pour les deux Témoins). |
| 14. Demande de signification de l'heure et du lieu de l'exécution de la demande et identité et adresse de toute personne devant en être informée (article 7)* | La demande requiert, avec tout le respect dû, que l'heure et le lieu de l'interrogatoire demandé soient signifiés à la personne nommée en alinéa 3 ci-dessus, c.à.d. :<br><br>Spencer Hosie<br>shosie@hosielaw.com<br>Hosie Rice LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>États-Unis<br><br>(Avocat représentant FiTeq, Inc., le Requérant) |
| 15. ~~Demande de présence ou de participation de magistrats de l'autorité requérante à l'exécution de la Commission rogatoire (article 8)*~~ | |
| 16. ~~Spécification de dispenses ou interdictions de déposer établies par la loi de l'État requérant (article 11, *b*))*~~ | |
| 17. Les frais et coûts encourus qui sont remboursables conformément au second paragraphe de l'article 14 ou conformément à l'article 26 de la Convention seront à la charge de* | Conformément à ce qui a été établi à l'alinéa 13 ci-dessus, les parties prévoient d'engager à leurs frais un ou plusieurs interprètes et un sténographe lors de l'interrogatoire. Tous les autres frais et coûts encourus qui sont remboursables conformément au second paragraphe de l'article 14 ou conformément à l'article 26 de la Convention seront à la charge |

6

|  |  |
|---|---|
| | de FiTeq, Inc., le Requérant. |
| DATE DE LA DEMANDE | 27 April 2015 |

SIGNATURE ET SCEAU DE
L'AUTORITÉ REQUÉRANTE

*Paul S. Grewal* (signature)

Paul S. Grewal,
U.S. Magistrate Judge