UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITEQ INC,<br><br>        Plaintiff,<br><br>    v.<br><br>VENTURE CORPORATION, et al.,<br><br>        Defendants. | Case No. 13-cv-01946-BLF<br><br>**ORDER CONVERTING DEFEDANTS' MOTION FOR LEAVE TO FILE DOCUMENT INTO AN ADMINISTRATIVE MOTION**<br><br>[Re: ECF 283] |

Defendants move the Court for leave to file supplemental briefing with regard to Plaintiff's pending motion for summary judgment. Defendants noticed this motion for hearing and oral argument. This motion, however, is appropriately brought as a motion for administrative relief under Civil Local Rule 7-11. The Court therefore construes the motion as one brought under Rule 7-11. Plaintiff's opposition shall be due no later than June 14, 2015, and Defendants are not permitted to file a reply brief. The August 20, 2015 hearing on the motion noticed by Defendants is also VACATED.

**IT IS SO ORDERED.**

Dated: June 11, 2015

                                              BETH LABSON FREEMAN
                                              United States District Judge