SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
ANTHONY K. LEE (CA Bar No. 156018)
alee@hosielaw.com
DARRELL R. ATKINSON (CA Bar
No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax
*Attorneys for Plaintiff*
*FITEQ, INC.*

DAVID E. ROGERS (*pro hac vice*)
drogers@swlaw.com
PATRICIA LEE REFO (*pro hac vice*)
prefo@swlaw.com
DAVID G. BARKER (*pro hac vice*)
dbarker@swlaw.com
JACOB C. JONES (*pro hac vice*)
jcjones@swlaw.com
SID LEACH (AZ Bar 019519)
sleach@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:     602.382.6000
Facsimile:      602.382.6070
*Attorneys for Defendants*
*VENTURE CORPORATION, LTD., AND CEBELIAN HOLDING PTE, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FITEQ, INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTURE CORPORATION, LTD., and CEBELIAN HOLDING PTE, LTD. <br><br> Defendants. | Case No. 13-cv-1946 BLF (PSG) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME IN WHICH TO FILE AN OPPOSITION, AND DEFENDANTS' TIME IN WHICH TO FILE A REPLY, TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY ABOUT FITEQ'S ALLEGED LOST PROFITS AND ENTERPRISE VALUE** <br><br> Courtroom: 3, Fifth Floor <br> The Honorable Beth Labson Freeman |

Plaintiff FiTeq, Inc. ("Plaintiff" or "FiTeq") and defendants Venture Corporation Ltd., and Cebelian Holding PTE, Ltd. (collectively "Defendants" or "Venture"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, Defendants will file on September 17, 2015 Defendants' Motion to Exclude Testimony About FiTeq's Alleged Lost Profits and Enterprise Value ("Defendants' Motion to Exclude") (*see* Dkt. No. 296 at 3), and the hearing date for that motion is reserved for December 10, 2015;

WHEREAS, pursuant to Civil Local Rule 7-3 FiTeq's Opposition to Defendants' Motion to Exclude (the "Opposition") would be due October 1, 2015 and Defendants Reply in Support of Defendants' Motion to Exclude (the "Reply") would be due October 8, 2015;

WHEREAS, key counsel for Plaintiff are out of the country for much of the second half of September;

WHEREAS, key counsel for Defendants are out of office for various days in mid-to-late October;

WHEREAS, in light of counsel's schedules, and as a mutual accommodation, the parties agree that the due date for the Opposition is extended to October 20, 2015, and the due date for the Reply is extended to November 3, 2015;

WHEREAS, the parties have not previously received extensions of time for filing the Opposition and Reply; and

WHEREAS, the parties do not believe that the requested extensions will affect or change the other dates currently scheduled by the Court;

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES:

(1)  That Defendants will serve and file their Motion to Exclude by September 17, 2015;

(2)   That FiTeq will have to and including October 20, 2015 to serve and file its Opposition; and

(3)   That Defendants will have to and including November 3, 2015 to serve and file their Reply.

Dated:  September 16, 2015                HOSIE RICE LLP

By: */s/ Darrell R. Atkinson*
       Darrell R. Atkinson

*Attorneys for Plaintiff FiTeq, Inc.*


SNELL & WILMER L.L.P.


By: */s/ David Barker*
       David Barker

*Attorneys for Defendants Venture Corp. and Cebelian Holding Pte, Ltd.*


I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been attained from the other signatories.

Dated:  September 16, 2015

By: */s/ Darrell R. Atkinson*
       Darrell R. Atkinson

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

(1) Defendants will serve and file their Motion to Exclude Testimony About FiTeq's Alleged Lost Profits and Enterprise Value by September 17, 2015;

(2) FiTeq will have to and including October 20, 2015 to serve and file its Opposition to Defendants' Motion to Exclude Testimony About FiTeq's Alleged Lost Profits and Enterprise Value; and

(3) Defendants will have to and including November 3, 2015 to serve and file their Reply in Support of their Motion to Exclude Testimony About FiTeq's Alleged Lost Profits and Enterprise Value.

IT IS SO ORDERED.

Dated: September 17, 2015

_____
Honorable Beth Labson Freeman
United States District Judge

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
ANTHONY K. LEE (CA Bar No. 156018)
alee@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*FITEQ, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FITEQ, INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTURE CORPORATION, LTD., and CEBELIAN HOLDING PTE, LTD. <br><br> Defendants. | Case No. 13-cv-1946 BLF (PSG) <br><br> **DECLARATION OF DARRELL R. ATKINSON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME IN WHICH TO FILE AN OPPOSITION, AND DEFENDANTS' TIME IN WHICH TO FILE A REPLY, TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY ABOUT FITEQ'S ALLEGED LOST PROFITS AND ENTERPRISE VALUE** <br><br> Courtroom: 3, Fifth Floor <br> The Honorable Beth Labson Freeman |

ATKINSON DECL. IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO EXCLUDE

Case No. 13-cv-1946 BLF (PSG)

I, Darrell R. Atkinson, declare as follows:

1. I am one of the attorneys of record in this matter for Plaintiff FiTeq, Inc. ("Plaintiff" or "FiTeq"). I make this declaration of my own personal knowledge. If called upon to do so I could and would testify competently to the matters stated herein.

2. Key counsel for Plaintiff are out of the country for much of the second half of September. Additionally, key counsel for Defendants are out of office for a number of days in mid-to-late October. Given the absence of key counsel for both parties in the months of September and October, including the absence of key plaintiff counsel during the period under Civil Local Rule 7-3 in which Plaintiff would have to prepare its Opposition to Defendants' Motion to Exclude Testimony About FiTeq's Alleged Lost Profits and Enterprise Value if the motion is filed on September 17, 2015, and the absence of key defense counsel during the period under Civil Local Rule 7-3 in which Defendants would have to prepare their Reply in Support of their motion if Plaintiff's time to oppose is extended, the parties require additional time to prepare their respective papers.

3. The parties have not previously received extensions of time for filing the opposition to, or reply in support of, Defendants' Motion to Exclude Testimony About FiTeq's Alleged Lost Profits and Enterprise Value.

4. The parties do not believe that the requested extensions will affect or change the other dates currently scheduled by the Court.

I declare under penalty of perjury that the foregoing is true and correct, and this declaration is executed at San Francisco, California on September 16, 2015.

*/s/ Darrell R. Atkinson*
Darrell R. Atkinson