UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FITEQ INC,

        Plaintiff,

   v.

VENTURE CORPORATION, et al.,

        Defendants.

Case No. 13-cv-01946-BLF

**ORDER RE MOTIONS *IN LIMINE***

On March 16, 2016, Plaintiff filed a Motion to Exclude Defendant Venture's Counterclaim for Alleged Direct Damages and Any Evidence or Testimony in Support Thereof, set for hearing at the Final Pretrial Conference on April 21, 2016 at 1:30 PM. The Court construes this as Plaintiff's first motion *in limine*.

The Court will allow each side a total of up to five motions *in limine,* to be heard at the Final Pretrial Conference. As set forth in the Court's Standing Order Re Final Pretrial Conference – Jury Trial, these motions must not exceed 5 pages and must be filed and served at least 14 days before the Final Pretrial Conference, with oppositions due at least 7 days before the Final Pretrial Conference.

**IT IS SO ORDERED.**

Dated: March 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge