UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITEQ INC,<br><br>         Plaintiff,<br><br>    v.<br><br>VENTURE CORPORATION, et al.,<br><br>         Defendants. | Case No.  13-cv-01946-BLF<br><br>**ORDER CONTINUING JURY INSTRUCTION CONFERENCE TO MAY 19, 2016 AT 2:00 P.M.** |

The Court CONTINUES the parties' jury instruction conference from May 5, 2016 to May 19, 2016 at 2:00 P.M.

**IT IS SO ORDERED.**

Dated: May 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge