UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITEQ INC,<br><br>     Plaintiff,<br><br>     v.<br><br>VENTURE CORPORATION, et al.,<br><br>     Defendants. | Case No.  13-cv-01946-BLF<br><br>**ORDER VACATING TRIAL DATES AND DENYING PARTIES' ADMINISTRATIVE MOTIONS FOR ORDER PERMITTING USE OF ELECTRONIC EQUIPMENT IN COURTROOM AS MOOT**<br><br>[Re: ECF 409, 412] |

The Court VACATES the current trial dates of May 9 - 24, 2016. The dates shall be reset by further order of the Court.

The Court DENIES without prejudice the parties' administrative motions for orders permitting use of electronic equipment in the courtroom as moot. The parties may refile such motions prior to the new trial date.

**IT IS SO ORDERED.**

Dated: May 5, 2016

_____
BETH LABSON FREEMAN
United States District Judge