UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITEQ INC,<br><br>    Plaintiff,<br><br>    v.<br><br>VENTURE CORPORATION, et al.,<br><br>    Defendants. | Case No.  13-cv-01946-BLF<br><br>**ORDER VACATING JURY INSTRUCTION CONFERENCE**<br><br>[Re:  ECF 410] |

The Court VACATES the Jury Instruction Conference set for May 19, 2016. The conference shall be reset by further order of the Court.

**IT IS SO ORDERED.**

Dated: May 13, 2016

_____
BETH LABSON FREEMAN
United States District Judge