**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

FITEQ INC,

               Plaintiff,

      v.

VENTURE CORPORATION, et al.,

               Defendants.

Case No.  13-cv-01946-BLF

**ORDER SETTING TRIAL DATE AND JURY INSTRUCTION CONFERENCE**

Trial is RESET for October 3, 2016. The Jury Instruction Conference is RESET for September 30, 2016 at 1:30 P.M.

**IT IS SO ORDERED.**

Dated: June 3, 2016

_____

BETH LABSON FREEMAN
United States District Judge